UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALTUANE BROWN,** | |
| **Plaintiff,** | **1:24-cv-09677 (ALC)** |
| -against- | **ORDER OF DISCONTINUANCE** |
| **GOLDEN DREAM SPA INC. and DEWITT INDUSTRIAL PROPERTIES LLC,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   May 12, 2025
         New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**